UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF<br>Saul Klein<br><br>                              *Petitioner,*<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Foreign Proceedings in the Federal Republic of Brazil. | No. Misc. 23-211 |

## *EX PARTE* APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

Petitioner Saul Klein, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, 34, and 45, respectfully applies to this Court for an order in the form attached as Exhibit A to the "Memorandum of Law in Support of *Ex Parte* Application For Order Pursuant to 28 U.S.C. § 1782 Authorizing Petitioner to Conduct Discovery For Use in Foreign Proceedings" in the form of the subpoenas attached as Exhibit B to the same.  In support of his application and petition, Petitioner submits a Memorandum of Law and attaches the declarations of Luiza A. Vasconcellos Oliver (the "Oliver Decl.") and Katia Vilhena Reina (the "Reina Decl.), both dated June 23, 2023, in addition to exhibits attached to the declarations.

Dated: June 28, 2023.                                                            Respectfully Submitted,


                                                                                              /s/ Gabriela M. B. Scanlon

                                                                                              MB SCANLON PLLC
                                                                                              4301 50th Street NW, 1st
                                                                                              Washington, D.C., 20016
                                                                                              Phone: (202) 410-9293
                                                                                              gabriela@mbscanlon.com