**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF SAUL KLEIN<br><br>*Petitioner,*<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Foreign Proceedings in the Federative Republic of Brazil. | Case No. 1:23-mc-211<br><br>**ORDER AUTHORIZING**<br><br>**DISCOVERY** |

Upon consideration of the Application And Petition For An *Ex Parte* Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Application"), submitted by Petitioner Saul Klein and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that

(a) The Application is granted;

(b) Petitioner is authorized to serve the subpoenas annexed as Exhibits B to the Memorandum of Law in Support of the Application upon Citibank, N.A., Banco Santander S.A. New York, Santander Investment Securities Inc. of New York, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC; Credit Suisse (USA), Inc., Safra National Bank of New York, Banco Itaú S.A. New York Branch, Itau CorpBanca,

Itaú Securities, The Clearing House Payments Company LLC, and The New York Federal Bank of New York ("Respondents"); and

(c) Petitioner is authorized to use any evidence obtained pursuant to the Subpoenas in any additional proceeding arising out of the same facts or transactions underlying Petitioner's Application; and

(d) Respondents are directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED.**

Dated: ~~June 29,~~ July 10, 2023

_Paul A. Engelmayer_
UNITED STATES DISTRICT JUDGE
Hon. Paul A. Engelmayer