UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re EX PARTE APPLICATION OF SAUL KLEIN*

23 Misc. 211 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 24, 2023, the Court received a motion to intervene in this matter from Michael Klein ("Klein"). Dkt. 8. The motion, accompanying memorandum of law, Dkt. 9, and the proposed order, Dkt. 10, all refer to the relief sought at "unopposed." However, neither the motion, the memorandum of law, nor the proposed order states the basis for describing the relief sought as unopposed. The Court directs Klein to file a sworn declaration by **July 27, 2023**, stating the basis on which that representation was made and identifying with specificity the parties or counsel with whom Klein had conferred before making that representation.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 25, 2023
   New York, New York