UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE *EX PARTE* APPLICATION OF
SAUL KLEIN

Case No. 1:23-mc-00211

*Petitioner,*

For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for use in Foreign Proceedings in the Federative Republic of Brazil.

_____/

### ORDER GRANTING MICHAEL KLEIN'S AND THE TARGET LIMITED LIABILITY ENTITIES' UNOPPOSED MOTION TO INTERVENE

THIS MATTER is before the Court on Michael Klein's and the target Limited Liability Entities' Unopposed Motion to Intervene, and the Court having reviewed the Unopposed Motion, the Memorandum of Law in Support, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Court finds that Michael Klein and the Limited Liability Entities are interested parties to this proceeding.

3. Michael Klein and the Limited Liability Entities are permitted to intervene in this proceeding.

**SO ORDERED.**

Dated: July 26, 2023

*Paul A. Engelmayer*
UNITED STATES DISTRICT JUDGE
Hon. Paul A. Engelmayer