UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re EX PARTE APPLICATION OF SAUL KLEIN*

23 Misc. 211 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 26, 2023, interested party Michael Klein moved to compel the petitioner in this matter, Saul Klein, to serve copies of the subpoenas *duces tecum* issued and all documents produced in connection with the section 1782 application granted in this matter. *See* Dkt. 6 (July 10, 2023 Court order authorizing discovery).

Any response from Saul Klein is due by **August 2, 2023**. The Court does not invite reply.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 26, 2023
       New York, New York