UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE EX PARTE APPLICATION OF SAUL KLEIN*

23 Misc. 211 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

Before the Court are two motions to quash subpoenas issued in the course of this proceeding. *See* Dkt. 30 (motion from Michael Klein and affiliated entities); Dkt. 37 (motion from Altara RK Investments Limited and affiliated entities). In a prior order, the Court directed petitioner, Saul Klein, to take no further efforts in support of the § 1782 discovery until September 11, 2023, and stayed, until further order of the Court, the obligation of any non-party on whom a subpoena *duces tecum* had been served. *See* Dkt. 32.

In light of the colorable arguments raised in the pending motions, the Court directs petitioner to take no further efforts in support of the § 1782 discovery until subsequent order of the Court. To assist the Court in resolving the pending motions, the Court schedules oral argument in this case for **October 31 at 3 p.m.** at Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2023
       New York, New York